| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bertelsman, William O. | 2. Court or Organization<br><br>KY-ED | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>35 West Fifth Street, Rm. 505<br>P. O. Box 1012<br>Covington, KY 41012-1012 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Teacher (part-time)(one class)(non-compensated) | Salmon P. Chase College of Law, Northern Kentucky University, Highland Heights, KY |
| 2. Owner | 529 Trust Plans #1-#9 through Kentucky Education Savings Plan and Michigan Education Program |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



RECEIVED 2009 MAY 18 A 11:54 FINANCIAL DISCLOSURE OFFICE

Bertelsman_William_O

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Bertelsman, William O. | - | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Council on Postsecondary Education |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Victory Gradison Government Reserve | A | Dividend | J | T | | | | | |
| 2. Dreyfus Municipal Bond Fund | B | Interest | K | T | | | | | |
| 3. Dreyfus Intermediate Municipal Bond Fund | C | Interest | L | T | | | | | |
| 4. Goldline (formerly Dreyfus Gold Fund) | | None | K | T | | | | | |
| 5. Legg Mason Europe Fund (stock) | A | Dividend | J | T | | | | | |
| 6. U.S. Bank, Fort Thomas, KY | A | Interest | J | T | | | | | |
| 7. Dreyfus Short Intermedidate Municipal B ond Fund | B | Interest | L | T | | | | | |
| 8. Dupree, Kentucky- Short/Med. Fund | A | Interest | L | T | | | | | |
| 9. Dupree, Kentucky - Tax Free Fund | B | Interest | N | T | | | | | |
| 10. ▇▇ Undeveloped Lots in Charlotte Co., Florida | | None | J | T | | | | | No Value-Assessed @$25,000 |
| 11. Fifth Third Bank (Account) | A | Interest | L | T | | | | | |
| 12. Fifth Third Bank, Fort Thomas, KY (Comm on Shares) | A | Dividend | | | Sold (part) | 8/13 | K | A | |
| 13. Victory Established Value Fund G | A | Dividend | L | T | | | | | |
| 14. Dreyfus Growth & Income Fund | A | Dividend | J | T | | | | ι | |
| 15. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 16. Procter & Gamble - Common stock | A | Dividend | K | T | | | | | |
| 17. Citizens Bank of Campbell Co., Kentucky (Accounts) | D | Interest | | | Sold | 8/15 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Victory Small Company Fund | A | Dividend | J | T | | | | | |
| 19. NCR Corp. (common stock) | | None | J | T | | | | | |
| 20. Pomeroy IT Solutions Res. (Common stock) | | None | J | T | | | | | formerly Pomeroy Computer |
| 21. BankAmerica Corp. (common stock) | A | Dividend | J | T | | | | | |
| 22. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 23. United States Savings Bonds (I) | B | Interest | L | T | | | | | |
| 24. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 25. Sherwin Williams | A | Dividend | K | T | | | | | |
| 26. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 27. DWS Dreman High Return Fund | B | Dividend | K | T | | | | | |
| 28. Russell County, KY Hospital | A | Interest | J | T | | | | | |
| 29. American Express Co. | A | Dividend | J | T | | | | | |
| 30. Kroger Co. | A | Dividend | J | T | | | | | |
| 31. Harlan County, KY Health Care Facs Laurel Project | A | Interest | J | T | | | | | |
| 32. Eastern KY Univ. Revs. Sys (Due 2/1/09) | A | Interest | J | T | | | | | |
| 33. Victory Stock Index Fund (Account) | A | Dividend | | | Sold | 6/13 | J | A | |
| 34. Barbourville, KY EDK Bldg Rev (Union College) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. J.M. Smucker Co. | A | Dividend | J | T | | | | | |
| 36. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 37. Ky Education Savings Plan 529 Trust #1 | B | Interest | K | T | | | | | |
| 38. Ky Education Savings Plan 529 Trust #2 | B | Interest | K | T | | | | | |
| 39. Michigan Education Savings Program #2 | B | Interest | L | T | | | | | |
| 40. Michigan Education Savings Program #3 | B | Interest | L | T | | | | | |
| 41. Ky Education Savings Plan 529 Trust #4 | B | Interest | K | T | | | | | |
| 42. Michigan Education Savings Program #4 | B | Interest | M | T | | | | | |
| 43. Ky Education Savings Plan 529 Trust #5 | B | Interest | K | T | | | | | |
| 44. Michigan Education Savings Program #5 | B | Interest | M | T | | | | | |
| 45. Ky Education Savings Plan 529 Trust #6 | B | Interest | K | T | | | | | |
| 46. Michigan Education Savings Program #6 | B | Interest | M | T | | | | | |
| 47. Allstate Corp. | C | Dividend | | | Sold | 8/12 | M | A | |
| 48. BP PLC | C | Dividend | K | T | | | | | |
| 49. Chevron-Texaco Corp. | B | Dividend | L | T | | | | | |
| 50. Duke Energy | A | Dividend | J | T | | | | | |
| 51. Clorox Co. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conoco Phillips | A | Dividend | J | T | | | | | |
| 53. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 54. General Mills, Inc. | A | Dividend | K | T | | | | | |
| 55. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 56. Procter & Gamble Co. | D | Dividend | | | Sold (part) | 8/13 | N | A | |
| 57. Southern Co. | C | Dividend | L | T | | | | | |
| 58. Sunoco, Inc. | A | Dividend | K | T | | | | | |
| 59. Wachovia Corp. | A | Dividend | | | Sold | 8/13 | J | A | |
| 60. Whirlpool Corp. | A | Dividend | | | Sold | 8/13 | K | A | |
| 61. Wisconsin Energy Corp. | B | Dividend | L | T | | | | | |
| 62. Yum Brands, Inc. | B | Dividend | L | T | | | | | |
| 63. U.S. Savings Bonds (H) | B | Interest | K | T | | | | | |
| 64. Michigan Education Savings Program #7 | C | Interest | M | T | | | | | |
| 65. Michigan Education Savings Program #8 | C | Interest | M | T | | | | | |
| 66. Michigan Education Savings Program #9 | C | Interest | M | T | | | | | |
| 67. Kentucky State Turnpike Authority Bond | B | Interest | L | T | | | | | |
| 68. Kentucky State Property & Bldgs. Communication Revenue Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northern Kentucky Water District Bond | A | Interest | | | Sold | 5/27 | L | A | |
| 70. Clay County, KY Justice Center Bond | A | Interest | K | T | | | | | |
| 71. Owensboro, KY Public Project Bond | B | Interest | | | Sold | 5/27 | L | A | |
| 72. Kentucky State Property & Bldgs Revenue Bond | A | Interest | L | T | | | | | |
| 73. E-Trade Account | A | Interest | J | T | | | | | |
| 74. Ky. State Turnpike Bond 3.6% | A | Interest | J | T | | | | | |
| 75. Ky. State Turnpike Bond 3.75% | A | Interest | | | Sold | 5/27 | K | A | |
| 76. Automatic Data Processing, Inc. | A | Dividend | K | T | | | | | |
| 77. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 78. T-Rowe Price Equity Index 500 | A | Dividend | K | T | | | | | |
| 79. Templeton Foreign Fund Cl A | A | Interest | K | T | | | | | |
| 80. American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 81. Ky. State Property & Bldg. Commn. Bond | A | Interest | K | T | | | | | |
| 82. Jessamine Co., KY School 2/1/11 3.125% | A | Interest | K | T | | | | | |
| 83. Fleming Co., KY School 2.5% | A | Interest | | | Redeemed | 3/1 | K | A | |
| 84. J.P.Morgan Chase Bank | A | Interest | | | Closed | 6/07 | J | A | |
| 85. Fifth Third Bank (CD) | A | Interest | | | Closed | 6/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ameriprise Fin. Inc. | A | Dividend | J | T | | | | | |
| 87. Cambpell County, KY Campbell Co., Ky. Pub. Project | A | Interest | | | Sold | 5/27 | K | A | |
| 88. Peabody Energy Group | A | Interest | J | T | | | | | |
| 89. No. KY Water District | B | Interest | | | Sold | 5/27 | L | A | |
| 90. KY Interlocal School School Trans. | A | Interest | | | Redeemed | 3/1 | K | A | |
| 91. KY Asset/Liability Commission | A | Interest | | | Redeemed | 10/1 | K | A | |
| 92. KY Economic Development Finance Authority | A | Interest | | | Sold | 6/4 | M | A | |
| 93. KY Interlocal School (due 3/1/11) | A | Interest | K | T | | | | | |
| 94. American High Income Trust | A | Interest | J | T | | | | | |
| 95. American High Income Trust | A | Interest | | | Sold | 8/13 | K | A | |
| 96. Tronox Incorporated | A | Dividend | | | Sold | 8/13 | J | A | |
| 97. Edmonson Co., KY School Dist.Bldg.Rev. | A | Interest | K | T | | | | | |
| 98. Middlesboro, KY School Bldg. Rev. | A | Interest | K | T | | | | | |
| 99. Hart Co., KY Public Property | A | Interest | K | T | | | | | |
| 100. Louisville & Jefferson Co. Metro Gov't Health | C | Interest | | | Redeemed | 8/4 | M | A | |
| 101. Bowling Green, KY Independent (due 5/1/13) | A | Interest | K | T | | | | | |
| 102. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Covidien Ltd. | A | Dividend | J | T | | | | | |
| 104. Western Union Co. | A | Dividend | K | T | | | | | |
| 105. Patriot Coal Co. | A | Dividend | J | T | ` | | | | |
| 106. Teradata Corp. | A | Dividend | J | T | ` | | | | |
| 107. Spectra Energy | A | Dividend | J | T | Spinoff (from line 46) | | | | |
| 108. Jefferson, Ky SD Fin. Crp. | A | Interest | K | T | Buy | 3/10 | K | | |
| 109. Kentucky St. Prop & Bldgs (due 8/1/25) | A | Interest | L | T | Buy | 5/29 | L | | |
| 110. Highlands Ranch Met. Dist. (due 12/1/15) | A | Interest | M | T | Buy | 11/13 | M | | |
| 111. Ky. State Turnpike Authority (due 7/1/16) | A | Interest | L | T | Buy | 8/1 | L | | |
| 112. New York, NY (due 8/1/16) | A | Interest | L | T | Buy | 7/25 | L | | |
| 113. Hopkins Mn. Indpt. School (due 12/1/17) | B | Interest | L | T | Buy | 7/24 | L | | |
| 114. Arizona Sch. Facs. Brd. (due 9/1/17) | A | Interest | M | T | Buy | 11/14 | M | | |
| 115. California St. (due 8/1/18) | A | Interest | M | T | Buy | 8/27 | M | | |
| 116. Oklahoma Dept. Trans. Rev. (due 9/1/08) | A | Interest | M | T | Buy | 11/19 | M | | |
| 117. Puerto Rico Hsg. Fin. Auth. (due 12/1/18) | A | Interest | L | T | Buy | 8/4 | L | | |
| 118. Bowling Green, KY Proj. (due 6/1/20) | A | Interest | L | T | Buy | 8/8 | L | | |
| 119. Fidellity Adv. Leveraged Cl. 1 | A | Dividend | K | T | Buy | 8/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Dividend | J | T | Buy (add'l) | 8/18 | J | | |
| 121. | A | Dividend | | | Sold | 10/21 | J | A | |
| 122. American Euro Pacific Growth Fund Cl F | A | Dividend | K | T | Buy | 8/14 | K | | |
| 123. | A | Dividend | J | T | Buy (add'l) | 8/18 | J | | |
| 124. | A | Dividend | J | T | Buy (add'l) | 10/21 | J | | |
| 125. | A | Dividend | | | Sold | 12/23 | K | A | |
| 126. Ivy Asset Strategy Fund Cl Y | A | Dividend | K | T | Buy | 8/13 | K | | |
| 127. | A | Dividend | J | T | Buy (add'l) | 8/18 | J | | |
| 128. | A | Dividend | | | Sold (part) | 10/21 | J | | |
| 129. | A | Dividend | J | T | Buy (add'l) | 12/22 | J | | |
| 130. Blackrock Global Allocation Fund | A | Dividend | K | T | Buy | 8/13 | K | | |
| 131. | A | Dividend | J | T | Buy (add'l) | 8/18 | J | | |
| 132. | A | Dividend | | | Sold (part) | 10/21 | J | | |
| 133. IShares DJ US Telecomm Sector Index Fund | A | Dividend | J | T | Buy | 8/18 | J | | |
| 134. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 135. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 136. | A | Dividend | | | Sold | 12/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares NASDAQ Bio Technology Index Fd. | A | Dividend | K | T | Buy | 8/18 | K | | |
| 138. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 139. | A | Dividend | | | Sold | 12/26 | J | A | |
| 140. IShares MSCI EAFE Index Fund | A | Dividend | K | T | Buy | 8/13 | K | | |
| 141. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 142. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 143. | A | Dividend | | | Sold (part) | 12/26 | K | A | |
| 144. IShares IBOXX Invt Grade Corp Bd Fund | A | Dividend | J | T | Buy | 8/18 | J | | |
| 145. | A | Dividend | | | Sold (part) | 10/23 | J | A | |
| 146. | A | Dividend | | | Sold | 12/26 | J | A | |
| 147. IShares Barclay's 1-3 yr Treas. Index Fund | A | Dividend | J | T | Buy | 8/13 | J | | |
| 148. | A | Dividend | | | Sold (part) | 10/23 | J | A | |
| 149. | A | Dividend | J | T | Buy (add'l) | 12/26 | J | | |
| 150. IShares Barclay's 20+ yr Treas. Index Fund | A | Dividend | J | T | Buy | 8/18 | J | | |
| 151. | A | Dividend | | | Sold (part) | 10/23 | J | A | |
| 152. | A | Dividend | | | Sold | 12/26 | J | A | |
| 153. IShares Barclay's US Aggregate Bd Fund | A | Dividend | L | T | Buy | 8/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 155. | A | Dividend | | | Sold (part) | 10/23 | J | A | |
| 156. | A | Dividend | | | Sold | 12/26 | L | A | |
| 157. IShares Trust Lehman US Treas. Inflation | A | Dividend | J | T | Buy | 8/18 | J | | |
| 158. | A | Dividend | | | Sold (part) | 10/22 | J | A | |
| 159. | A | Dividend | | | Sold | 12/26 | J | A | |
| 160. IShares Tr Dow Jones US Tech Sector Index | A | Dividend | K | T | Buy | 8/18 | J | | |
| 161. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 162. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 163. | A | Dividend | | | Sold | 12/26 | K | A | |
| 164. Materials Select Sector SPDR Fund | A | Dividend | J | T | Buy | 8/18 | J | | |
| 165. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 166. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 167. | A | Dividend | | | Sold | 12/26 | J | A | |
| 168. Healthcare Select SPDR | A | Dividend | K | T | Buy | 8/13 | K | | |
| 169. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 170. | A | Dividend | | | Sold (part) | 10/23 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Sector SPDR Consumers STPL | A | Dividend | J | T | Buy | 8/13 | J | | |
| 172. | A | Dividend | | | Sold (part) | 10/23 | J | | |
| 173. | A | Dividend | K | T | Buy (add'l) | 12/26 | K | | |
| 174. Consumers Discretionary SPDR | A | Dividend | K | T | Buy | 8/18 | K | | |
| 175. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 176. | A | Dividend | J | S | Buy (add'l) | 10/23 | J | | |
| 177. | A | Dividend | | | Sold | 12/26 | J | A | |
| 178. Sector SPDR Energy | A | Dividend | K | T | Buy | 8/18 | K | | |
| 179. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 180. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 181. | A | Dividend | | | Sold | 12/26 | J | A | |
| 182. Sector SPDR Financial | A | Dividend | J | T | Buy | 8/18 | J | | |
| 183. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |
| 184. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 185. | A | Dividend | | | Sold | 12/26 | J | A | |
| 186. Sector SPDR Industrial | A | Dividend | K | T | Buy | 8/18 | K | | |
| 187. | A | Dividend | J | T | Buy (add'l) | 8/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 189. | A | Dividend | | | Sold | 12/26 | K | A | |
| 190. PIMCO Total Return Fd Cl A | A | Dividend | K | T | Buy | 10/23 | K | | |
| 191. | A | Dividend | | | Sold | 12/26 | K | A | |
| 192. Alliance Bernstein Bal. Wealth Strategy | A | Dividend | K | T | Buy | 12/22 | K | | |
| 193. Alliance Bernstein | A | Dividend | J | T | Buy | 12/22 | J | | |
| 194. Loomis Sayles Growth Fund Cl Y | A | Dividend | J | T | Buy | 12/22 | J | | |
| 195. Loomis Sayles Value Fund Cl Y | A | Dividend | J | T | Buy | 12/22 | J | | |
| 196. Loomis Sayles Global Mkts Fd Cl Y | A | Dividend | J | T | Buy | 12/22 | J | | |
| 197. Loomis Sayles Strategic Inc Fd Cl Y | A | Dividend | J | T | Buy | 12/22 | J | | |
| 198. Blackrock Nat'l A Div Municipal Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 199. Elements - Rogers Tr. A Div | A | Dividend | J | T | Buy | 12/22 | J | | |
| 200. IShares MSCI Emerging Mkts Fd | A | Dividend | J | T | Buy | 12/22 | J | | |
| 201. Vanguard Small Cap | A | Dividend | J | T | Buy | 12/22 | J | | |
| 202. IShares FTSE XinHua China | A | Dividend | J | T | Buy | 12/22 | J | | |
| 203. PowerShares Global | A | Dividend | J | T | Buy | 12/22 | J | | |
| 204. SPDR Ser Tr | A | Dividend | J | T | Buy | 12/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. IShares IBOXX$ High Yield Corp Bd Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 206. IShares TR S and P Nat'l Mun Bd Fd | A | Dividend | J | T | Buy | 12/22 | J | | |
| 207. PowerShares VRDO Tax Free | A | Dividend | J | T | Buy | 12/22 | J | | |
| 208. PowerShares Global Exch Traded Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 209. Sector SPDR Utilities | A | Dividend | K | T | Buy | 12/22 | K | | |
| 210. SPDR Gold Trust | A | Dividend | K | T | Buy | 12/22 | K | | |
| 211. Nuveen High Yield Muni Bond Fd Cl A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 212. JP Morgan Int'l Value Fund Cl A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 213. Aberdeen Equity Long Short Fd Cl A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 214. Janus Adviser Forty Fund Cl A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 215. JP Morgan Highbridge Stat Mkt Neutral Fd | A | Dividend | J | T | Buy | 12/22 | J | | |
| 216. Touchstone Large Cap Growth Fund Cl A | A | Dividend | J | T | Buy | 12/22 | J | | |
| 217. Nuveen Rittenhouse Growth Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 218. Alliance Bernstein Muni Inc Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 219. Alliance Bernstein Global Bond Fund | A | Dividend | J | T | Buy | 12/22 | J | | |
| 220. Endowment Fund | A | Dividend | M | T | Buy | 10/1 | M | | |
| 221. Citizens Bank of No. Ky (CD) | A | Interest | L | T | Buy | 9/26 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Citizens Bank of No. Ky. (CD) | A | Interest | J | T | Buy | 5/25 | J | | |
| 223.  Citizens Bank of No. Ky (CD) | A | Interest | K | T | Buy | 6/13 | K | | |
| 224.  Citizens Bank of No. Ky (CD) | A | Interest | K | T | Buy | 10/8 | K | | |
| 225.  Merrill Lynch Money Fund (Muni) | A | Interest | L | T | Open | 5/19 | L | | |
| 226.  Merrill Lynch Bank (Regular) | A | Interest | L | T | Open | 5/19 | M | | |
| 227.  Merrill Lynch Bank (Allstate) | A | Interest | K | T | Open | 5/16 | K | | |
| 228. | A | Interest | | | Closed | 8/12 | K | A | |
| 229.  Merrill Lynch Bank (PIA) | A | Interest | J | T | Open | 8/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I changed brokers in May 2008, so new accounts were opened and purchases made with the same money that was in the old accounts with the former broker.

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544